397 A.2d 419

## In re ESTATE of Harold R. WITWER, Deceased.

## APPEAL of FIRST NATIONAL BANK OF ALLENTOWN and Robert R. Witwer, Executors.

Supreme Court of Pennsylvania.

Argued Jan. 11, 1979.

Decided Feb. 23, 1979.

Harry P. Creveling, Allentown, David Freeman, Philadelphia, for appellant.

A. T. Gillespie, Jr., Allentown, for appellee.

Before EAGEN, C. J., and ROBERTS, MANDERINO and LARSEN, JJ.

### OPINION

PER CURIAM:

Decree affirmed. Each side to pay own costs.

O'BRIEN and NIX, JJ., did not participate in the consideration or decision of this case.